## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ALLEN JOINER** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:16cv23-HSO-JCG** |
| | § | |
| | § | |
| **HEALTH ASSURANCE, LLC,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [28] of United States Magistrate Judge John C. Gargiulo, entered in this case on January 4, 2017.   The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [28], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 13th day of March, 2017.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE